## 30024. MATTHEWS v. ALLEN.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Gunter, J., who dissents.*

DECIDED JULY 1, 1975.

Bennie Matthews, *pro se.*
*J. Aubrey Allen, Carl Prince,* for appellee.

## 30046. LAY v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JULY 1, 1975.

Undell Lay, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30047. BROWN v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JULY 1, 1975.

Joseph Brown, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.